UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

K-FLEX USA, LLC,  )
        Plaintiff,  )
)
v.  )   **JUDGMENT**
)   No. 5:13-CV-795-BO
)
RACK & MORE, LLC, ANTOINE UTLEY,)
TRANSXPRESS, LLC, ADVANCED  )
TRANSPORT, LLC, 1975 LLC, doing  )
business as EDWARD WOLFF &  )
ASSOCIATES, BAXTER LIOGON, INC.,  )
and ALEXANDER MILLER &  )
ASSOCIATES,  )
        Defendants.  )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the motions for an order resolving claims to funds [DE 29] and for default judgment [DE 30] are GRANTED. Judgment by default is entered against defendants Advanced Transport LLC, 1975, LLC d/b/a/ Edward Wolff & Associates, Baxter Bailey & Associates, Inc., and Alexander Miller & Associates. The Clerk shall pay out the funds as awarded pursuant to the court's order entered on April 1, 2015 at [DE 31] and to close the case.

**This Judgment Filed and Entered on April 1, 2015, and Copies To:**

Lauren H. Bradley (via CM/ECF Notice of Electronic Filing)
Jackson Wyatt Moore (via CM/ECF Notice of Electronic Filing)
Antoine Utley (3900 North Hydes Ferry Road, Nashville, TN 37218)
Ralph K. Frazier, Jr. (via CM/ECF Notice of Electronic Filing)
R. Scott Brown (via CM/ECF Notice of Electronic Filing)
David E. Fox (via CM/ECF Notice of Electronic Filing)

DATE                                            JULIE A. RICHARDS, CLERK
April 1, 2015                            /s/ Susan K. Edwards
                                                  (By) Susan K. Edwards, Deputy Clerk